**MEMO ENDORSED**



**HODGES WALSH & BURKE, LLP**
ATTORNEYS AT LAW
55 CHURCH STREET, SUITE 211
WHITE PLAINS, NEW YORK 10601
___
(914) 385-6000
FAX (914) 385-6060
www.hwb-lawfirm.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/8/2023

Paul E. Svensson, Esq.
Direct E-Mail: psvensson@hwb-lawfirm.com

March 8, 2023

Honorable Nelson S. Roman
U.S. District Court Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY  10601-4150

Extension granted. The briefing schedule in the Court's previous memorandum endorsement is modified as follows:
- Defendants' Motion is to be served (not filed) by June 5, 2023
- Plaintiff's Opposition is to be served (not filed) by July 5, 2023
- Defendants' Reply is to be served by July 20, 2023.
- All papers shall be filed on July 20, 2023.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 35.

SO ORDERED:

Dated: March 8, 2023
White Plains, NY

*[signature]*
HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

Re:   Diaz Restaurant, Inc., et al. v. The Village of Ossining, et al.
   Index No.: 22-cv-10920
   **REQUEST FOR EXTENSION**

Honorable Sir:

We represent the Defendants, The Village of Ossining, Village of Ossining Police Department, Chief of Police Kevin Sylvester, Lieutenant Brenden Donahue and John Does 1 – 10 ("Village Defendants").

I write to request an extension in the Court's Scheduling Order entered on March 8, 2023.

Due to a long scheduled trip, I will not be able to meet the schedule for filing Defendants' motion to dismiss the Amended Complaint.  As such, I respectfully request that the schedule be extended by two (2) calendar weeks.

If the Court agrees, the new schedule would be:

Defendants' Motion to be served, not filed by June 5, 2023
Plaintiff's Opposition to be served by July 5, 2023
Defendants' Reply to be served by July 20, 2023

Electronic courtesy copies will be provided to Chambers at the time of service.  All papers to be filed on July 20, 2023.

Thank you for your consideration.

                                                      Respectfully submitted,

                                                      *Paul E. Svensson*
                                                      Paul E. Svensson (3403)

To:    VIA ECF
         Louis F. Chisari, Esq. (via ECF)
         Marcote & Associates, P.C.
         108 New South Road
         Hicksville, NY 11801